IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MYO, LLC *d/b/a* MYO MASSAGE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-370-RP |
| MYOLOGIC MASSAGE, | § § | |
| Defendant. | § § | |

## ORDER

On October 15, 2019, this Court granted the parties' Joint Motion to Stay Case Pending Completion of Settlement Negotiations and stayed this case through October 18, 2019. (Dkt. 27). On October 18, 2019, Plaintiff filed a second Joint Motion to Stay Proceedings Pending Completion of Settlement Negotiations. (Dkt. 28). Finding that the request was made in good faith and that no party will be prejudiced by a second short stay, **IT IS ORDERED** that the Joint Motion to Stay, (Dkt. 28), is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED** until **October 25, 2019**. Plaintiff shall either file dismissal papers or a motion to extend the stay no later than **October 25, 2019**.

**SIGNED** on October 21, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE