IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MYO, LLC d/b/a MYO MASSAGE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-370-RP |
| MYOLOGIC MASSAGE, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On November 1, 2019, the parties filed a joint stipulation of dismissal with prejudice for all claims asserted against each other in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all pending motions are **DENIED AS MOOT**.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on November 4, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE